# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TRACY A MILLER,** | : |
| **Plaintiff,** | : |
| VS. | : NO. 5:23-CV-00478-TES-CHW |
| **GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

Presently pending before the Court are motions filed by *pro se* Plaintiff Tracy A. Miller seeking additional time to comply with the Court's order to file a Recast Complaint and leave to include excess pages in his Recast Complaint (ECF Nos. 16, 17). Both motions are **GRANTED.** Plaintiff shall now have **FOURTEEN (14) DAYS** from the date of this Order to recast his Complaint on the Court's standard form in accordance with the Court's previous orders and instructions. Plaintiff may also include additional pages with the Court's standard form, but the recast complaint must be no longer than fifteen (15) pages in its entirety. As was previously explained to Plaintiff, the Court will presume that his claims are brought pursuant to 42 U.S.C. § 1983 unless otherwise specified. Thus, if Plaintiff wishes to raise claims pursuant to other federal laws, he must clearly state which laws apply to his claims, and all claims must be included within those 15 pages. Plaintiff is also reminded that the 15-page limit <u>includes</u> (and is not in addition to) the pages of the

Court's standard form.  Plaintiff is further reminded of his obligation to notify the Court immediately in writing of any change in his mailing address.  **Failure to fully and timely comply with the Court's orders and instructions may result in the dismissal of the Complaint.**  There shall be no service of process until further order of the Court.

**SO ORDERED**, this 20th day of February, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
